IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VICTOR A. STONE,

        Plaintiff,                    No. 6:14-cv-01537-AC

       v.                            ORDER

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION

        Defendant.

HERNÁNDEZ, District Judge:

      Magistrate Judge John V. Acosta issued a Findings and Recommendation [20] on November 6, 2015, in which he recommends that this Court affirm the Commissioner's final decision denying Stone's application for disability insurance benefits under Title II of the Social Security Act. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because neither party timely filed an objection to the Magistrate Judge's Findings and Recommendation, I am relieved of my obligation to review the record *de novo*. <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); <u>see</u> <u>also</u> <u>United States v. Bernhardt</u>, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings & Recommendation [20]. Accordingly, the Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this 28 day of December, 2015.

MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER